UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ELMER WASHINGTON, ET AL.** | **CASE NO. 6:21-CV-02336** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U.S. POST OFFICE** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

Before this Court is a motion to dismiss filed by the government. (Rec. Doc. 9). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to dismiss filed by the government (Rec. Doc. 9) is GRANTED and, accordingly, all claims by Plaintiff in this suit are DENIED and DISMISSED without prejudice pursuant to Fed. R. Civ. P. 12(b)(1).

Signed at Lafayette, Louisiana, this 15th day of February, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE